HMK/mjg CH 7967

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FEDERAL INSURANCE COMPANY,
A/S/O ROCKWELL FREIGHT
FORWARDING, LLC and
UNIFOLD CORPORATION,

        Plaintiff,      08 CV 0221 (JFK)(FM)
                ECF CASE

  -against-

JASMIN INTERNATIONAL CORP.    **RULE 7.1 STATEMENT**

        Defendant.
-----------------------------------------------------------X

    PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH

IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:  CHUBB CORP.

Dated:  January 10, 2008

           KINGSLEY, KINGSLEY & CALKINS
           Attorneys for Plaintiff


           BY:__/S/_____
            HAROLD M. KINGSLEY
            91 W. Cherry Street
            Hicksville, New York 11801
            (516) 931-0064