IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o ROCKWELL FREIGHT FORWARDING LLC and UNIFOLD CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>JASMIN INTERNATIONAL CORP.<br><br>Defendant. | Civil Action No. 08 Civ. 0221 (JFK)<br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Jasmin International Corp. (a non-governmental corporate party), certifies that it has no parent company and no publicly held company owns 10% or more of its stock.

January 31, 2008

                                                 By:  S/ Geoffrey Johnson
                                                       Geoffrey Johnson (GJ5376)
                                                       William J. Conway (WC6417)
                                                       JOHNSON & CONWAY, LLP
                                                       Attorneys for defendant
                                                       201 Sycamore Avenue
                                                       Ho Ho Kus, NJ 07423
                                                       Tel: (201) 447-5600
                                                       Fax: (201) 447-2080