# United States District Court

SOUTHERN     DISTRICT OF     NEW YORK

5789

FEDERAL INSURANCE COMPANY,
A/S/O ROCKWELL FREIGHT
FORWARDING LLC and
UNIFOLD CORPORATION

   Plaintiff,

V.

JASMINE INTERNATIONAL CORP.,

   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08 CV 0221
JUDGE KENNAN

TO:

JASMINE INTERNATIONAL CORP.
~~9 Grand Street~~  40 ROUTE 23 N
~~Garfield, NJ 07026~~  RIVERDALE, NJ

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

JAN 10 2008

CLERK  J. MICHAEL MCMAHON        DATE

(BY) DEPUTY CLERK

## Morris County Sheriff's Office
## AFFIDAVIT OF SERVICE

Sheriff Fees  $39.36
Service #  1 of 1 Services
Docket #    08 CV 0221 (JFK)
Sheriff's #  OSN - 06 - 05189

Plaintiff  FEDERAL INSURANCE COMPANY, A/S/O ROCKWELL FREIGHT FORWARDING LLC AND UNIFOLD CORPORATION

Defendant  JASMIN INTERNATIONAL CORP.

DISTRICT

NEW YORK

Person/Corporation to Serve
JASMIN INTERNATIONAL CORP.

DOCUMENTS SERVED
SUMMONS AND COMPLAINT

40 ROUTE 23 N
RIVERDALE,

I, EDWARD V. ROCHFORD, SHERIFF OF MORRIS COUNTY DO HEREBY DEPUTIZE AND APPOINT S/O RICHARD COOK A DULY SWORN OFFICER TO EXECUTE AND RETURN THE DOCUMENTS ACCORDING TO LAW.

WITNESS BY HAND AND SEAL

Date of Action 1/24/2008
Time of Action 9:56 AM

Edward V. Rochford    Sheriff

DATE    TIME

Person/Corporation Served JASMIN INTERNATIONAL CORP.
40 ROUTE 23 N
RIVERDALE,

Delivered To JENNIFER LEE
Relationship OFFICE MANAGER

Race ASIAN  Sex F  Height 5' 02"  Weight 160  Eyes BRN  Hair BLK  Age 25  Military NO

Type of Action SERVED CORPORATION'S MANAGING AGENT AT PLACE OF BUSINESS

I, S/O RICHARD COOK WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

S/O RICHARD COOK    DATED

KINGSLEY, KINGSLEY & CALKINS
91 W. CHERRY STREET
HICKSVILLE, NY 11801

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 29th DAY OF January 20 08.

ARLENE M FOGARTY
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 10/14/2010