HMK/mjg CH 7967

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,　　　　　　　　　ECF
A/S/O ROCKWELL FREIGHT
FORWARDING, LLC and　　　　　　　　　　　　　JUDGE KEENAN
UNIFOLD CORPORATION,
　　　　　　　　　　　　　　　　　　　　　　　08 Civ. 0221(JFK)

　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　REPLY TO COUNTERCLAIM
　　-against-

JASMIN INTERNATIONAL CORP.

　　　　　　　　Defendants.
------------------------------------------------------------X

　　Plaintiffs, Federal Insurance Company, A/S/O Rockwell Freight Forwarding, LLC, and Unifold Corporation, by their undersigned attorneys, for their Reply to the Counterclaim of defendant alleges, as follows:

　　1.　Denies the allegations of the Counterclaim.

<u>First Affirmative Defense</u>

　　2.　The Counterclaim fails to state a cause of action.

<u>Second Affirmative Defense</u>

　　3.　Defendant is not entitled to freight as defendant negligently damaged the goods entrusted to it and deprived plaintiff of the ability to earn its own freight.

　　WHEREFORE, Plaintiffs respectfully demand the Counterclaim of defendant Jasmin International Corp. be dismissed with costs to plaintiff.

                                  KINGSLEY, KINGSLEY & CALKINS
                                  Attorneys for Plaintiff
                                  91 West Cherry Street
                                  Hicksville, NY 11801
                                  (516) 931-0064

                                By: _____
                                    Harold M. Kingsley    (HMK 8660)

TO:    JOHNSON & CONWAY, ESQS.
         Attorneys for defendent
         201 Sycamore Avenue
         Ho Ho Kus, NJ 07423
         (201) 447-5600