UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
Federal Insurance Co.,
etc.
           v.
Jasmin IntlmT'l Corp.                    08 Civ. 221 (JFK)
                                              ORDER

-----------------------------------X

JOHN F. KEENAN, United States District Judge:

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by June 2, 2008.

Any amendment of the pleadings by June 2, 2008.

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by July 1, 2008.

Next conference will be held on July 2, 2008 10AM.

Discovery supervision will be referred to Magistrate Judge Maas.

SO ORDERED. March 31, 2008
Dated: New York, New York

                                    _____
                                         JOHN F. KEENAN
                                    United States District Judge