HMK/mjg CH 7967

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FEDERAL INSURANCE COMPANY,
A/S/O ROCKWELL FREIGHT
FORWARDING, LLC and                                    08 CV 0221 (JFK)(FM)
UNIFOLD CORPORATION,                                   ECF CASE

                          Plaintiffs,

    -against-                                         **CONSENT TO PROCEED
                                                       BEFORE**
JASMIN INTERNATIONAL CORP.                             **UNITED STATES
                                                       MAGISTRATE JUDGE**

                          Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

| KINGSLEY KINGSLEY & CALKINS | JOHNSON & CONWAY, ESQS. |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendant |
| By: _[signature]_ | By: _[signature]_ |
| STEVEN P. CALKINS | GEOFFREY JOHNSON |
| 91 West Cherry Street | 18 Sycamore Avenue |
| Hicksville, New York 11801 | Ho-Ho-Kus, NJ 07423 |
| (516) 931-0064 | (201) 447-5600 |

SO ORDERED.

_[signature]_ John F. Keenan U.S.D.J.     Dated: July 2, 2008

Magistrate Judge _____ was assigned this case on _____.

For: Clerk U.S.D.C. S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-2-08