HMK/mb CH 7967

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,
A/S/O ROCKWELL FREIGHT             ECF CASE
FORWARDING, LLC and
UNIFOLD CORPORATION,               08 CIV. 0221 (▆▆)(FM)

           Plaintiffs,
                                   **STIPULATION AND ORDER**
-against-                          **OF SETTLEMENT**
                                   **AND DISMISSAL**
JASMIN INTERNATIONAL CORP.

           Defendant.
------------------------------------------------------------X

WHEREAS the parties have agreed to settle this action and requested that the Court retain jurisdiction for purposes of settlement enforcement; and the parties having consented to Magistrate Judge Frank Maas exercising jurisdiction over this case for all further proceedings in this action, and same having been so ordered by Hon. John F. Keenan, U.S.D.J., on July 2, 2008, it is hereby

ORDERED that said action be and hereby is conditionally dismissed with prejudice and without costs, with the Court retaining jurisdiction until settlement is consummated pursuant to the terms of the parties' settlement and mutual release agreement, ~~and that Plaintiff may apply by letter for restoration of the action to the active calendar of the Court in the event of failure of settlement, in which event the action will be restored to the active docket of this Court.~~

*[initialed] 7/14/08*

1

KINGSLEY KINGSLEY & CALKINS
Attorneys for Plaintiffs

By: _____
STEVEN P. CALKINS
91 West Cherry Street
Hicksville, New York 11801
(516) 931-0064

JOHNSON & CONWAY, ESQS.
Attorneys for Defendant

By: _____
GEOFFREY JOHNSON
18 Sycamore Avenue
Ho-Ho-Kus, NJ 07423
(201) 447-5600

SO ORDERED, _____
FRANK MAAS, United States Magistrate Judge

Dated:

2